UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI TORRACA-RIANO *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ATC HEALTHCARE SERVICES, INC., *et al.*,<br>　　　　Defendants. | Case No.: 3:19-cv-295 L BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

　　Pursuant to Federal Rule of Civil Procedure 41(a), the joint motion for dismissal (doc. no. 32) is granted. Defendant Dorcas Mamboleo is dismissed without prejudice. Each party shall bear his, her or its own attorneys' fees and costs.

　　**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
Hon. M. James Lorenz
United States District Judge

- 1 -